THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michelle Gray Myers, Appellant.
 
 
 

Appeal From Lexington County
Thomas Anthony Russo, Circuit Court Judge

Unpublished Opinion No. 2010-UP-384
 Submitted June 1, 2010  Filed August 16,
2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and
 Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER
 CURIAM:  Michelle Gray Myers appeals her conviction for
 malicious injury to personal property and corresponding sentence, arguing the
 trial court erred in admitting a voicemail recording into evidence.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  State v. Pagan, 369 S.C. 201, 208, 631 S.E.2d 262, 265
 (2006) (holding the admissibility of evidence is within the sound discretion of
 the trial court and will not be disturbed on appeal absent an abuse of
 discretion, and an abuse of discretion occurs when the trial court's
 admissibility determination either lacks evidentiary support or is controlled
 by an error of law); State v. Oglesby, 384 S.C. 289, 293, 681 S.E.2d
 620, 622 (Ct. App. 2009) (finding an error in the admission of evidence is
 harmless if the evidence is merely cumulative).
AFFIRMED.
KONDUROS,
 GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.